Hearing Date: January 13, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 644
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| SMITH, MARGARET JEAN | § | Case No. 09-37810 |
| | § | |
| Debtor | § | Hon. Pamela S. Hollis |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on  January 13, 2011
in Courtroom  644, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                          Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
SMITH, MARGARET JEAN § Case No. 09-37810
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 35,625.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 35,625.00 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 2,682.31 | $ 0.00 |
| Attorney for trustee: BALDI BERG & WALLACE, LTD. | $ 5,484.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Charges:* | | $ | $ |
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,108.79  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Discover Bank | $ 7,298.67 | $ 7,311.45 |
| 000002 | American Infosource Lp As Agent for | $ 3,099.12 | $ 3,104.55 |
| 000003 | Combined Care Center PC | $ 711.00 | $ 712.24 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 16,301.91 .

        Prepared By: /s/_____
                          Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752−1         User: corrinal         Date Created: 11/24/2010
Case: 09−37810               Form ID: pdf006        Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty         Baldi &Associates P C
                                                                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Margaret Jean Smith        7322 North Ridge Blvd, Apt. 1E        Chicago, IL 60645
tr          Joseph A Baldi, Tr         Joseph Baldi &Associates        19 S Lasalle Street Suite 1500        Chicago, IL 60603
aty         Alfredo J Garcia           Ledford &Wu         200 South Michigan Avenue         Suite 209         Chicago, IL 60604
aty         Elizabeth C Berg           Joseph A. Baldi &Associates        19 S Lasalle Street, , Suite 1500        Chicago, IL 60603
aty         Joseph A Baldi             Joseph Baldi &Associates        19 S Lasalle Street Suite 1500        Chicago, IL 60603
aty         Orlando Velazquez          Ledford &Wu         200 South Michigan Ave.         Suite 209         Chicago, IL 60604
15800361    American Infosource Lp As Agent for         World Financial Network National Bank As        Value City
            Furniture       PO Box 248872        Oklahoma City, OK 73124−8872
14561141    Associated Recovery Systems        PO Box 469046         Escondido, CA 92046
14561142    Bank Of America            Attn: Bankruptcy NC4−105−02−77        Po Box 26012        Greensboro, NC 27410
14561143    Child Care Time            c/o St. Francis Hospital         355 Ridge Avenue         Evanston, IL 60202
14561144    Childrens Memorial Hospital        75 Remittance Drive, Suite 92611        Chicago, IL 60675
14561145    Citi        Po Box 6241        Sioux Falls, SD 57117
14561146    Combined Care Center PC        1325 Howard St Ste 307        Evanston, IL 60202
15768036    Discover Bank        Dfs Services LLC        PO Box 3025         New Albany, OH 43054−3025
14561147    Discover Fin Svcs Llc        Po Box 15316         Wilmington, DE 19850
14561148    NCO Financial Services, Inc.        605 W. Edison Rd. Suite K        Mishawaka, IN 46545
14561149    Northshore Health System        2650 Ridge Avenue         Evanston, IL 60201
14561150    Pinnacle Management Goods or Servic        514 Market Loop, Ste. 103        West Dundee, IL 60118
14561151    Wfnnb/valucityroomstod        Po Box 182303         Columbus, OH 43218
14561152    Wfs Financial/Wachovia        Po Box 19657         Irvine, CA 92623
                                                                                          TOTAL: 20