Hearing Date: January 13, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 644
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| SMITH, MARGARET JEAN | § | Case No. 09-37810 |
| | § | |
| Debtor | § | Hon. Pamela S. Hollis |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on January 13, 2011
in Courtroom 644, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Kenneth Gardner_____
                                          Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
SMITH, MARGARET JEAN § Case No. 09-37810
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 35,625.00 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 35,625.00 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 2,682.31 | $ 0.00 |
| Attorney for trustee: BALDI BERG & WALLACE, LTD. | $ 5,484.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* _____ | $_____ | $_____ |
| *Fees:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $_____ | $_____ |
| *Attorney for:* _____ | $_____ | $_____ |
| *Accountant for:* _____ | $_____ | $_____ |
| *Appraiser for:* _____ | $_____ | $_____ |
| *Other:* _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,108.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Discover Bank* | $ 7,298.67 | $ 7,311.45 |
| *000002* | *American Infosource Lp As Agent for* | $ 3,099.12 | $ 3,104.55 |
| *000003* | *Combined Care Center PC* | $ 711.00 | $ 712.24 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 16,301.91 .

Prepared By: /s/ _____
        Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 09-37810 Doc 40 Filed 11/29/10 Entered 12/01/10 19:42:54 Desc PDF
Final Report/Application: Notice Recipients Page 6 of 7

Case 09-37810 Doc 37 Filed 11/23/10 Entered 11/23/10 14:54:56 Desc Imaged
Certificate of Service Page 6 of 7  Page 1 of 1

## Notice Recipients

District/Off: 0752−1    User: corrinal    Date Created: 11/24/2010
Case: 09−37810    Form ID: pdf006    Total: 21

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty        Baldi &Associates P C
                                                                TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Margaret Jean Smith      7322 North Ridge Blvd, Apt. 1E      Chicago, IL 60645
tr         Joseph A Baldi, Tr       Joseph Baldi &Associates       19 S Lasalle Street Suite 1500        Chicago, IL 60603
aty        Alfredo J Garcia       Ledford &Wu      200 South Michigan Avenue       Suite 209       Chicago, IL 60604
aty        Elizabeth C Berg       Joseph A. Baldi &Associates       19 S Lasalle Street, , Suite 1500       Chicago, IL 60603
aty        Joseph A Baldi        Joseph Baldi &Associates      19 S Lasalle Street Suite 1500       Chicago, IL 60603
aty        Orlando Velazquez       Ledford &Wu      200 South Michigan Ave.        Suite 209       Chicago, IL 60604
15800361   American Infosource Lp As Agent for       World Financial Network National Bank As        Value City Furniture       PO Box 248872       Oklahoma City, OK 73124−8872
14561141   Associated Recovery Systems        PO Box 469046        Escondido, CA 92046
14561142   Bank Of America       Attn: Bankruptcy NC4−105−02−77        Po Box 26012        Greensboro, NC 27410
14561143   Child Care Time       c/o St. Francis Hospital       355 Ridge Avenue        Evanston, IL 60202
14561144   Childrens Memorial Hospital        75 Remittance Drive, Suite 92611       Chicago, IL 60675
14561145   Citi       Po Box 6241       Sioux Falls, SD 57117
14561146   Combined Care Center PC        1325 Howard St Ste 307        Evanston, IL 60202
15768036   Discover Bank       Dfs Services LLC       PO Box 3025       New Albany, OH 43054−3025
14561147   Discover Fin Svcs Llc       Po Box 15316       Wilmington, DE 19850
14561148   NCO Financial Services, Inc.       605 W. Edison Rd. Suite K       Mishawaka, IN 46545
14561149   Northshore Health System        2650 Ridge Avenue       Evanston, IL 60201
14561150   Pinnacle Management Goods or Servic        514 Market Loop, Ste. 103       West Dundee, IL 60118
14561151   Wfnnb/valucityroomstod        Po Box 182303        Columbus, OH 43218
14561152   Wfs Financial/Wachovia        Po Box 19657        Irvine, CA 92623
                                                                TOTAL: 20

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: corrinal                Page 1 of 1                  Date Rcvd: Nov 29, 2010
Case: 09-37810                 Form ID: pdf002               Total Noticed: 20

The following entities were noticed by first class mail on Dec 01, 2010.
db           +Margaret Jean Smith,    7322 North Ridge Blvd, Apt. 1E,    Chicago, IL 60645-2053
aty          +Alfredo J Garcia,    Ledford & Wu,    200 South Michigan Avenue,    Suite 209,
               Chicago, IL 60604-2406
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Orlando Velazquez,    Ledford & Wu,    200 South Michigan Ave.,    Suite 209,
               Chicago, IL 60604-2406
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
14561141     +Associated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
14561142     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14561143     +Child Care Time,    c/o St. Francis Hospital,    355 Ridge Avenue,    Evanston, IL 60202-3328
14561144     +Childrens Memorial Hospital,    75 Remittance Drive, Suite 92611,    Chicago, IL 60675-1001
14561145     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14561146     +Combined Care Center PC,    1325 Howard St Ste 307,    Evanston, IL 60202-3787
14561148     +NCO Financial Services, Inc.,    605 W. Edison Rd. Suite K,    Mishawaka, IN 46545-8823
14561149     +Northshore Health System,    2650 Ridge Avenue,    Evanston, IL 60201-1718
14561150     +Pinnacle Management Goods or Servic,    514 Market Loop, Ste. 103,    West Dundee, IL 60118-2181
14561151     +Wfnnb/valucityroomstod,    Po Box 182303,    Columbus, OH 43218-2303
14561152     +Wfs Financial/Wachovia,    Po Box 19657,    Irvine, CA 92623-9657
The following entities were noticed by electronic transmission on Nov 29, 2010.
aty          +E-mail/Text: bergtrustee@baldiberg.com                            Elizabeth C Berg,
               Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,    Chicago, IL 60603-1413
15800361      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2010 00:58:16
               American Infosource Lp As Agent for,    World Financial Network National Bank As,
               Value City Furniture,    PO Box 248872,    Oklahoma City, OK 73124-8872
15768036      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2010 01:01:19       Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
14561147     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 30 2010 01:01:19       Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Baldi & Associates P C
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 01, 2010**                             **Signature:**   _/s/ Joseph Speetjens_