UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| SMITH, MARGARET JEAN | § | Case No. 09-37810 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/Joseph A. Baldi, Trustee_____
                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARGARET JEAN SMITH |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America Attn: Bankruptcy NC4-105-02-77 Po Box 26012 Greensboro, NC 27410 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfs Financial/Wachovia Po Box 19657 Irvine, CA 92623 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Child Care Time c/o St. Francis Hospital 355 Ridge Avenue Evanston, IL 60202 | | | | | |
| | Childrens Memorial Hospital 75 Remittance Drive, Suite 92611 Chicago, IL 60675 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Northshore Health System 2650 Ridge Avenue Evanston, IL 60201 | | | | | |
| | Representing: Childrens Memorial Hospital | | | | | |
| | Representing: Citi | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Northshore Health System | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | COMBINED CARE CENTER PC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| | COMBINED CARE CENTER PC | | | | | |
| | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 09-37810 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | SMITH, MARGARET JEAN | | | | Date Filed (f) or Converted (c): | 10/09/09 (f) |
| | | | | | 341(a) Meeting Date: | 11/20/09 |
| For Period Ending: | 02/03/11 | | | | Claims Bar Date: | 09/27/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 20.00 | 0.00 | | 0.00 | FA |
| 2. CHECKIN ACCOUNT WITH TCF BANK | 109.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH CHASE BANK | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT WITH WASHINGTON MUTUAL BANK | 25.00 | 0.00 | | 0.00 | FA |
| 5. DRAGIC BLAGOJERIC, LANDLORD | 800.00 | 0.00 | | 0.00 | FA |
| 6. MISC. HOUSEHOLD GOODS: SOFA, LOVESEAT, TELEVISION | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. FAMILY PICTURES, CD'S, AND BOOKS | 100.00 | 0.00 | | 0.00 | FA |
| 8. USED PERSONAL CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 9. WATCH, NECKLACE, RINGS | 100.00 | 0.00 | | 0.00 | FA |
| 10. CAMERA, CAMCORDER | 100.00 | 0.00 | | 0.00 | FA |
| 11. TERM LIFE POLICY THROUGH EMPLOYER - NO CASH SURREN | 0.00 | 0.00 | | 0.00 | FA |
| 12. ALLSTATE LIFE INSURANCE ANNUITY | 35,625.00 | 35,625.00 | | 35,625.00 | FA |
| 13. SYMETRA FINANCIAL ANNUITY | 535,000.00 | 535,000.00 | DA | 0.00 | FA |
| Debtor claimed this asset exempt, in full amount of value; the exemption was disallowerd per order dated 6/8/10; claims were filed less then Estate funds, Trustee will abandon this asset at closing. | | | | | |
| 14. STOCK WITH WALGREENS (50 SHARES) | 1,500.00 | 0.00 | | 0.00 | FA |
| 15. 2008 NISSAN VERSA WITH 9,500 MILES | 10,875.00 | 0.00 | | 0.00 | FA |
| 16. 2008 NISSAN ARMADA WITH 35,238 MILES | 25,900.00 | 0.00 | | 0.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.93 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $612,654.00 $570,625.00 $35,627.93 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-37810    PSH    Judge: Pamela S. Hollis | Trustee Name:    Joseph A. Baldi, Trustee |
| Case Name: | SMITH, MARGARET JEAN | Date Filed (f) or Converted (c):    10/09/09 (f) |
| | | 341(a) Meeting Date:    11/20/09 |
| | | Claims Bar Date:    09/27/10 |

Trustee objected to Debtor's claimed exemption in annuity; exemption disallowed; Trustee recovered annuity payment; TFR was filed and final report was held on 1/13/11; final distribution checks were mailed; once all checks clear, Trustee will prepare and file his TDR

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

FORM 2

Page: 1

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-37810 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | SMITH, MARGARET JEAN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6561 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6677 | | |
| For Period Ending: | 02/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/10 | 12 | ALLSTATE LIFE INSURANCE COMPANY<br>10815 David Taylor Drive<br>Suite 300<br>Charlotte, NC 28262 | Structured Settlement Annuity | 1129-000 | 35,625.00 | | 35,625.00 |
| 10/29/10 | 17 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.75 | | 35,625.75 |
| 11/30/10 | 17 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.89 | | 35,626.64 |
| 12/31/10 | 17 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.91 | | 35,627.55 |
| 01/17/11 | 17 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.38 | | 35,627.93 |
| 01/17/11 | | Transfer to Acct #*******6723 | Final Posting Transfer<br>For Final Distribution | 9999-000 | | 35,627.93 | 0.00 |

| Account *******6561 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | | Deposits | 35,625.00 | 0 | Checks | 0.00 |
| 4 | | Interest Postings | 2.93 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 35,627.93 |
| | | Subtotal | $ 35,627.93 | | | |
| | | | | | Total | $ 35,627.93 |
| 0 | | Adjustments In | 0.00 | | | |
| 0 | | Transfers In | 0.00 | | | |
| | | Total | $ 35,627.93 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 16.01c

FORM 2     Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-37810 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | SMITH, MARGARET JEAN | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6677 | | | |
| For Period Ending: | 02/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/17/11 | | Transfer from Acct #*******6561 | Transfer In From MMA Account<br>For Final Distribution | 9999-000 | 35,627.93 | | 35,627.93 |
| 01/17/11 | 001001 | BALDI BERG & WALLACE, LTD.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Trustee Attorney Fees<br>Final Compensation | 3110-000 | | 5,484.00 | 30,143.93 |
| 01/17/11 | 001002 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | TRUSTEE FEE<br>Final Compensation | 2100-000 | | 2,682.31 | 27,461.62 |
| 01/17/11 | 001003 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 100.46% | | | 7,332.07 | 20,129.55 |
| | | | Claim     7,298.67<br>Interest     33.40 | 7100-000<br>7990-000 | | | |
| 01/17/11 | 001004 | American Infosource Lp Agent for<br>World Financial Network Natil Bank<br>as Value City Furniture<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000002, Payment 100.46% | | | 3,113.30 | 17,016.25 |
| | | | Claim     3,099.12<br>Interest     14.18 | 7100-000<br>7990-000 | | | |
| 01/17/11 | 001005 | Combined Care Center PC<br>1325 Howard St Ste 307<br>Evanston, IL 60202 | Claim 000003, Payment 100.46% | | | 714.25 | 16,302.00 |
| | | | Claim     711.00<br>Interest     3.25 | 7100-000<br>7990-000 | | | |
| 01/17/11 | 001006 | MARGARET JEAN SMITH<br>7322 NORTH RIDGE BLVD, APT. 1E | Surplus Funds | 8200-002 | | 16,302.00 | 0.00 |

FORM 2

Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-37810 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | SMITH, MARGARET JEAN | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6723 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6677 | | |
| For Period Ending: | 02/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60645 | | | | | |

| Account *******6723 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 0 | Deposits | 0.00 | 6 | Checks | 35,627.93 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 35,627.93 |
| | 1 | Transfers In | 35,627.93 | | | |
| | | Total | $ 35,627.93 | | | |

| Report Totals | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 1 | Deposits | 35,625.00 | 6 | Checks | 35,627.93 |
| | 4 | Interest Postings | 2.93 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 35,627.93 |
| | | Subtotal | $ 35,627.93 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 71,255.86 |
| | 1 | Transfers In | 35,627.93 | | | |
| | | Total | $ 71,255.86 | | Net Total Balance | $ 0.00 |

LFORM2T4
UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Ver: 16.01c